# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL ALCALA ARIAS, | ) | 1:07cv0175 OWW DLB |
| | ) | |
| Plaintiff, | ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) ) | (Document 12) |
| MERCY HOSPITAL, | ) ) | |
| Defendant. | ) ) | |

  Plaintiff Manuel Alcala ARIAS ("Plaintiff"), proceeding pro se and in forma pauperis, filed the instant civil rights action on February 1, 2007.

  On May 10, 2007, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED WITHOUT LEAVE TO AMEND for failure to state a claim for which relief can be granted. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Plaintiff filed his objections on May 17, 2007.

  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

  Accordingly, IT IS HEREBY ORDERED that:

1

1. The Findings and Recommendations dated May 10, 2007, is ADOPTED IN FULL; and
2. Plaintiff's complaint is DISMISSED WITHOUT LEAVE TO AMEND for failure to state a claim for which relief can be granted.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   May 26, 2007**                              /s/ Oliver W. Wanger
                                                                       UNITED STATES DISTRICT JUDGE